**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-7932**

───────────

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

  v.

LARRY FRANKIE JOHNSON, a/k/a Fats,

     Defendant - Appellant.

───────────

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. James A. Beaty, Jr.,
Senior District Judge. (1:11-cr-00359-JAB-2; 1:13-cv-00725-JAB-
LPA)

───────────

Submitted: February 23, 2016   Decided: February 26, 2016

───────────

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Larry Frankie Johnson, Appellant Pro Se. Randall Stuart Galyon,
OFFICE OF THE UNITED STATES ATTORNEY, Angela Hewlett Miller,
Assistant United States Attorney, Greensboro, North Carolina,
for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Frankie Johnson seeks to appeal the district court's orders accepting the recommendations of the magistrate judge and denying relief on his 28 U.S.C. § 2255 (2012) motion. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Johnson has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>
